# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MERCED LOPEZ RAMIREZ,<br><br>        Defendant. | CR 96-847 RSWL<br><br>**ORDER RE: SCHEDULING OF STATUS CONFERENCE, FARETTA HEARING, AND ORDERS TO APPEAR** |

The Court has read and considered Defendant's Motion to Request Presiding Judge Ronald S.W. Lew to Abide His Judicial [Oath] and to Fully Recognize and Concur with Defendant's 6th Amendment Right to Self Representation [595]. The Court construes this request as a motion to remove counsel and proceed pro se. The Court hereby FINDS AND ORDERS AS FOLLOWS:

    1.  A status conference is set for August 4, 2009 at 10:00 am so that the Court may address the issues raised in the Ninth Circuit's September 6, 2007 Judgment and Remand Order pursuant to <u>United States v.</u>

1  Ameline, 409 F.3d 1073 (9th Cir. 2005).
2       2.   The United States Attorney's Office is ordered
3  to seek Defendant's transfer to this district so that
4  Defendant may appear at the status conference.
5       3.   Defendant is ordered to appear in Courtroom 21
6  of the Federal Courthouse, 312 North Spring Street, Los
7  Angeles, California on August 4, 2009 at 10:00 a.m.,
8  when the Court will inquire whether Defendant still
9  wishes to represent himself for purposes of the
10 proceedings before this court pursuant to United States
11 v. Ameline, 409 F.3d 1073 (9th Cir. 2005).  If
12 Defendant does wish to represent himself, the Court
13 will then conduct an inquiry to determine if
14 Defendant's waiver of counsel is knowing and
15 intelligent pursuant to Faretta v. California, 422 U.S.
16 806 (1975).
17      4.   Mr. Matthew J. Lombard, Defendant's current
18 counsel of record, is also ordered to appear in
19 Courtroom 21 of the Federal Courthouse, 312 N. Spring
20 Street, Los Angeles, California on August 4, 2009 at
21 10:00 a.m. as counsel for Defendant.
22
23 **IT IS SO ORDERED.**
                                    /s/
24                          _____
                            **HONORABLE RONALD S.W. LEW**
25                          Senior, U.S. District Court Judge
26
   DATED:   June 29, 2009
27
28