UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 96-847 RSWL |
| ) Plaintiff, ) | |
| ) v. ) | **ORDER RE: Defendant's Motion to Complaint of Obstruction to Court Access [608].** |
| ) MERCED LOPEZ RAMIREZ, ) ) | |
| ) Defendant. ) ) | |

The Court has read and considered Defendant's Motion to Complaint of Obstruction to Court Access. Defendant requests a transfer from his current placement at the San Bernardino County Jail to the Taft Federal Correctional Institution in Los Angeles in order to facilitate law library use and access to other court materials. The Government does not oppose Defendant's request. The Court **HEREBY FINDS AND RULES AS FOLLOWS:**

Defendant's request that he be transferred to the Taft Federal Correctional Institution in order to

1

prepare for his December 1, 2009 hearing is **GRANTED.** The Bureau of Prisons is to move Defendant back to Taft Federal Correctional Institution as soon as possible to ensure his ability to access court materials for his December 1, 2009 hearing.

**IT IS SO ORDERED.**

DATED: October 7, 2009

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| ☐ | ADR | | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | | |
| ☐ | Federal Public Defender | | | |
| ☐ | Fiscal Section | | | |
| ☐ | Intake Section, Criminal LA | | | |
| ☐ | Intake Section, Criminal SA | | | |
| ☐ | Intake Supervisor, Civil | | | |
| ☐ | MDL Panel | | | |
| ☐ | Ninth Circuit Court of Appeal | | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | | |
| ☐ | PSA - Los Angeles (PSALA) | | | |
| ☐ | PSA - Riverside (PSAED) | | | |
| ☐ | PSA - Santa Ana (PSASA) | | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | | |
| ☐ | Statistics Clerk | | | |

☐ *ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name: _____

Firm: _____

Address (*include suite or floor*):
_____
_____

*E-mail: _____

*Fax No.: _____

* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*
_____
_____
_____
_____

**Initials of Deputy Clerk** _____